declarations, in the nature of admission of guilt, would always be competent evidence against him. He is in no position to reap any advantage from the fact that the trial court made a mistake in the admission of evidence against his codefendants which was not competent to affect them. This appeal is therefore without merit.

We have a separate appeal by each one of the defendants. Although they were indicted in one bill, tried together, and their appeals argued on one set of paperbooks, nevertheless each one is entitled to a separate judgment on his own appeal according as the same may be determined to have substantial merit or otherwise. For the reasons we have given we feel bound to reverse the judgments in the appeal of Leone, No. 94, April Term, 1919, and Gentile, No. 95, of the same term while we affirm the judgment in the appeal of Dibella at No. 93, April Term, 1919.

The judgment is affirmed and it is ordered that the defendant, Samuel Dibella, appear in the court below at such time as he may be there called and that he be by that court committed until he has complied with the sentence or any part of it which had not been performed at the time the appeal in this case was made a supersedeas.

---

## Commonwealth *v.* Dibella et al., Appellants (No. 2).

Argued May 8, 1919. Appeal, No. 94, April T., 1919, by Orazio Leone, from judgment of Q. S. Allegheny Co., Jan. Sess., 1917, No. 241, on verdict of guilty in case of Commonwealth v. Samuel Dibella, Orazio Leone and Nicola Gentile. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ. Reversed.

Indictment for conspiracy to cheat and defraud creditors.

364, (1919).]     Verdict—Opinion of the Court.

Before BALDWIN, J., specially presiding.

Verdict of guilty on which judgment of sentence was passed.

*W. H. Coleman,* for appellants.

*Homer N. Young,* Assistant District Attorney, and with him *Harry H. Rowand,* District Attorney, and *Leonard S. Levin,* for appellee.

OPINION BY HEAD, J., July 17, 1919:

For the reasons given in the opinion this day filed in No. 93, April Term, 1919, the judgment is reversed and a venire facias de novo awarded.

---

## Commonwealth *v.* Dibella et al., Appellants (No. 3).

Argued May 8, 1919. Appeal, No. 95, April T., 1919, by Nicola Gentile, from judgment of Q. S. Allegheny Co., Jan. Sess., 1917, No. 241, on verdict of guilty in case of Commonwealth v. Samuel Dibella, Orazio Leone and Nicola Gentile. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, WILLIAMS and KELLER, JJ. Reversed.

Indictment for conspiracy to cheat and defraud creditors.

Before BALDWIN, J., specially presiding.

Verdict of guilty on which judgment of sentence was passed.

*W. H. Coleman,* for appellants.

*Homer N. Young,* Assistant District Attorney, and with him *Harry H. Rowand,* District Attorney, and *Leonard S. Levin,* for appellee.